**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-2332**

―――――――――

ISAIAH GREEN, JR.,

        Plaintiff - Appellant,

    v.

WAKE COUNTY SHERIFF DONNIE HARRISON; JOHN ALBERT MAXFIELD,
Legal Counsel,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:12-cv-00480-BO)

―――――――――

Submitted:  March 25, 2014        Decided:  March 27, 2014

―――――――――

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Isaiah Green, Jr., Appellant Pro Se.  Roger A. Askew, WAKE
COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for
Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaiah Green, Jr., appeals the district court's order denying relief on his request to reopen his case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Harrison, No. 5:12-cv-00480-BO (E.D.N.C. Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED